PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN CRIMSON ALVARADO, JR., <br><br> Defendant. | CASE NO. 1:24-MJ-00129-SAB <br><br> **ORDER UNSEALING PETITION FOR WARRANT FOR DEFENDANT UNDER PRETRIAL SUPERVISION** |

The United States, having arrested the defendant, Brian Crimson Alvarado, Jr., on an arrest warrant and the need for unsealing the Petition for Warrant for Defendant Under Pretrial Supervision as to defendant Alvarado has ceased;

IT IS ORDERED that the Petition for Warrant for Defendant Under Pretrial Supervision and arrest warrant shall be unsealed as to defendant Brian Crimson Alvarado, Jr.

IT IS SO ORDERED.

Dated:  **November 15, 2024**

_____
STANLEY A. BOONE
United States Magistrate Judge

1